# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

Nos. 99-50622 & 99-50944
_____

GERARD SOULAINE,
DOING BUSINESS AS GERARD SOULAINE CONSULTING,
AND
MARIE FRANCE SOULAINE,
DOING BUSINESS AS GERARD SOULAINE CONSULTING,

Plaintiffs-
Counter Defendants-
Appellants,

VERSUS

BONNER CARRINGTON CORPORATION EUROPEAN MARKET, ET AL.,

Defendants,

SCHLOTSKY'S, INC.,

Defendant-
Counter Plaintiff-
Appellee.

_____

Appeals from the United States District Court
for the Western District of Texas
(A-98-CV-1-SC)
_____

January 17, 2001

Before POLITZ, SMITH, and PARKER,
   Circuit Judges.

PER CURIAM:[*]

The plaintiffs brought various claims for fraud and other violations, but the magistrate judge, sitting by consent, disagreed and granted summary judgment for defendants and awarded them attorneys' fees. We have reviewed the briefs and applicable law and pertinent portions of the record and have heard the arguments of counsel. We find no error in the magistrate judge's reasoning or result.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.